**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

YAKKOV WEINBERGER,

               Plaintiff,

    v.

CHASE BANK,

               Defendant.

Case No. 3:17-cv-02201-MAS-TJB

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Yaakov Weinberger

and Defendant Chase Bank USA, N.A., incorrectly named in the complaint as Chase Bank, by

and through their undersigned counsel, hereby stipulate that:

    1.     All claims, defenses, motions, and petitions asserted by Plaintiff against

Defendant are dismissed with prejudice; and

    2.     Each party shall bear its own costs and attorneys' fees.

1

**SO STIPULATED:**

      Dated: December 4, 2017

/s/ Edward B. Geller
Edward B. Geller, Esq.
Edward B. Geller, Esq., P.C. Of Counsel to
M. HARVEY REPHEN & ASSOCIATES, P.C.
15 Landing Way
Bronx, New York 10464
Tel.: (914) 473-6783

*Attorney for Plaintiff Yaakov Weinberger*

/s/ Ryan M. Chabot
Ryan M. Chabot
New Jersey Bar No. 162262015
WILMER CUTLER PICKERING HALE
    AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel. (212) 230-8800
Fax: (212) 230-8888

*Attorney for Defendant Chase Bank USA,*
*N.A.*

So Ordered this 5th day
of December, 2017

Hon. Michael Shipp, USDJ

2